# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JOSE MORAN MANCIA <br> dba K&J CARPENTRY, <br><br> Plaintiff, <br><br> v. <br><br> SCOTTSDALE INSURANCE <br> COMPANY, <br><br> Defendants. | CASE NO. 3:16-cv-01164 <br><br> JUDGE CRENSHAW <br><br> MAGISTRATE JUDGE HOLMES <br><br> JURY DEMANDED |

## AGREED STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff Jose Moran Mancia d/b/a K&J Carpentry and Defendant Scottsdale Insurance Company, hereby stipulate that this case is dismissed *WITH PREJUDICE*. All claims that were brought in this action and all claims that could have been brought in this action against Scottsdale Insurance Company or Nationwide Insurance Company are hereby dismissed *WITH PREJUDICE*.

Dated:

| | |
|---|---|
| /s/ Zale Dowlen | /s/ Joshua A. Mullen |
| Caesar Cirigliano, Esq. (BPR No. 026242) <br> 736 Old Hickory Blvd. <br> Nashville, Tennessee 37209 <br> caesarlaw@hotmail.com <br> & <br> Nathan Zale Dowlen (BPR No. 026816) <br> PO Box 335 <br> Goodlettsville, Tennessee 37070-0335 <br> zale@dowlenlaw.com <br> *Attorneys for Plaintiff* | Joshua A. Mullen (BPR No. 28388) <br> Austin Purvis (BPR No. 32329) <br> Baker Donelson Center, Suite 800 <br> 211 Commerce Street <br> Nashville, Tennessee 37201 <br> (615) 726-5600 <br> jmullen@bakerdonelson.com <br> apurvis@bakerdonelson.com <br> *Attorneys for Defendants* |

1

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 4, 2016, I caused a copy of the foregoing Agreed Stipulation of Dismissal *With Prejudice* to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Further copies were provided to the parties below via U.S. Mail, postage pre-paid.

    Caesar Cirigliano, Esq.
    736 Old Hickory Blvd.
    Nashville, Tennessee 37209
    caesarlaw@hotmail.com

    Nathan Zale Dowlen
    PO Box 335
    Goodlettsville, Tennessee 37070-0335
    zale@dowlenlaw.com
    *Attorney for Plaintiff*

                                      /s/ Joshua A. Mullen
                                      Attorney for Defendants